## COMMISSIONERS v. WILLIAMS.

(Filed May 31, 1904).

INJUNCTION—*Pleadings—Bonds—Counties.*

> A complaint by a board of county commissioners to enjoin the treasurer from paying interest on county bonds sought to be invalidated, which fails to allege that he has any funds applicable to such purpose, or that he threatens or purposes to pay any public funds on the bonds or interest, is fatally defective.

ACTION by the Commissioners of Henderson County against J. Williams, Tax Collector, heard by *Judge W. A. Hoke* and a jury, at November Term, 1902, of the Superior Court of HENDERSON County. From a judgment for the defendant the plaintiff appealed.

No counsel for the plaintiff.

*H. G. Ewart, Anderson & Blythe, Toms & Rector* and *McD. Ray,* for the defendant.

PER CURIAM. This action is brought by the plaintiff Board of Commissioners against the defendant Treasurer of the county, the relief asked being that the bonds issued by the commissioners of said county be declared invalid and the Treasurer be enjoined from paying the interest on said

bonds. It is to be observed that there is no allegation that the defendant has any funds in his hands applicable to such purpose, or that he threatens or proposes to pay any public funds on such bonds or the interest thereon. As the basis for invoking the injunctive power of the Court the complaint is fatally defective.

Action Dismissed.